HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS BISHOP, as an individual, and as Personal Representative for the ESTATE OF QUINCY BISHOP, and on behalf of B.G.B. and M.D.B, minors, VICTORIA BISHOP, as an individual, CORY BISHOP and KIARA BISHOP and the marital community comprised thereof;<br><br>                             Plaintiffs,<br>v.<br><br>CITY OF BUCKLEY, a political subdivision of the State of Washington d/b/a Buckley Police Department, ARTHUR FETTER, an individual and KURT ALFANO, an individual;<br><br>                             Defendants. | No.  3:22−cv−05759 KKE<br><br>**STIPULATED PROTECTIVE ORDER** |

**I.  STIPULATION**

1.     COME NOW the parties, by and through their attorneys, and stipulate as follows:  Pursuant to FRCP 26(c), it is hereby agreed that certain documents pertaining to the mental health of some of the parties to this matter are confidential and should therefore be subject to a protective order limiting dissemination.

PROTECTIVE ORDER - 1 of 3
(Cause No. 3:22−cv−05759)

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

2. Specifically, the parties hereby agree that the following documents are deemed "confidential" and therefore subject to the terms described below:

- Any and all reports or documents pertaining to Defendant Arthur Fetter's psychological assessment which was conducted as a part of his application for employment with the City of Algona;

- Any and all records, documents, or other information regarding the mental, psychological, and emotional health of Plaintiff Cory Bishop, including, but not limited to: records regarding the psychological assessments conducted by the parties' respective forensic psychological experts in this matter, any and all medical records regarding treatment, evaluation, or assessment of Cory Bishop, and any and all other documents, records, or information regarding Cory Bishop's mental health.

3. The parties agree that the information described in Paragraph 2 shall not be disseminated outside of proceedings related to this litigation.

4. The parties further agree that they, as well as their attorneys, shall be bound by this Agreement and Order. The parties further agree that they will instruct all witnesses, expert and lay, that they shall be bound by this Agreement and Order.

5. The parties further agree that this Agreement and Order will hereby apply retroactively to documents, records, and information falling under the categories outlined in Paragraph 2 that was previously disclosed in discovery in this matter.

///

//

PROTECTIVE ORDER - 2 of 3
(Cause No. 3:22−cv−05759)

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

Dated this 13th day of December, 2023.

| ATTORNEYS FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| CONNELLY LAW OFFICES, PLLC | EVANS CRAVEN & LACKIE, P.S. |

*/s Samuel J. Daheim*                          */s Andrew D. Brown*

By:_____     By: _____
  John R. Connelly, Jr., WSBA No. 12183         Michael McFarland, WSBA # 23000
  Meaghan M. Driscoll, WSBA No. 49863           Andrew D. Brown, WSBA No.
  Samuel J. Daheim, WSBA No. 52746

## II.   ORDER

The parties' stipulated motion (Dkt. No. 27) is GRANTED. The parties and all witnesses shall be bound by the terms of the above stipulations.

DATED this 14th day of December, 2023.

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge

PROTECTIVE ORDER - 3 of 3
(Cause No. 3:22−cv−05759)

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax