UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS BISHOP, et al.,<br><br>             Plaintiff(s),<br>  v.<br><br>CITY OF BUCKLEY, et al.,<br><br>             Defendant(s). | CASE NO. C22-5759-KKE<br><br>MINUTE ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO STRIKE AND STRIKING SCHEDULING CONFERENCE |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received Defendants' reply brief and three motions to strike material submitted in support of Plaintiffs' opposition to Defendants' partial summary judgment motion. *See* Dkt. Nos. 44, 45, 46, 48.  The Court finds that it would be useful to consider responses and replies to the motions to strike, as well as oral argument on all of the pending motions.  The Court therefore ORDERS as follows:

    (1)    Plaintiffs may file one omnibus opposition, no longer than 12 pages, to all three of Defendants' motions to strike, no later than March 13, 2024;

    (2)    Defendants may file one omnibus reply brief, no longer than 8 pages, in support of their motions to strike, no later than March 15, 2024; and

MINUTE ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO STRIKE AND STRIKING SCHEDULING CONFERENCE - 1

(3)  The scheduling conference (Dkt. No. 36) currently set for March 18, 2024, is STRICKEN and the courtroom deputy is directed to contact the parties to schedule oral argument on Defendants' motion for partial summary judgment and motions to strike at a mutually convenient date and time.

Dated this 8th day of March, 2024.

Ravi Subramanian
Clerk


/s/ Serge Bodnarchuk
Deputy Clerk
