UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS BISHOP, et al., <br><br> Plaintiff(s), <br> v. <br><br> CITY OF BUCKLEY, et al., <br><br> Defendant(s). | CASE NO. C22-5759-KKE <br><br> MINUTE ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received Plaintiffs' motion for reconsideration. Dkt. No. 69. Defendants are directed to file a response of no longer than six pages to Plaintiffs' motion no later than May 3, 2024. The clerk is directed to re-note Plaintiffs' motion (Dkt. No. 69) for May 3, 2024.

Dated this 23rd day of April, 2024.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION - 1