UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS BISHOP, et al.,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>CITY OF BUCKLEY, et al.,<br><br>　　　　　Defendant(s). | CASE NO. C22-5759-KKE<br><br>MINUTE ORDER REGARDING MOTION FOR APPROVAL OF MINOR SETTLEMENTS |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The parties represent that their settlement of this case is conditioned upon approval of minor settlements. Dkt. No. 80. The parties are ORDERED to file a motion for approval of minor settlements no later than July 19, 2024.

Dated this 15th day of May, 2024.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　*/s/ Samantha Spraker*
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER REGARDING MOTION FOR APPROVAL OF MINOR SETTLEMENTS - 1