1

2

3

4

5

6                                                                    KYMBERLY K. EVANSON

7                                  UNITED STATES DISTRICT COURT
                                  WESTERN DISTRICT OF WASHINGTON
8

9     DOUGLAS BISHOP, as an individual, and as
      Personal Representative for the ESTATE OF
      QUINCY BISHOP, and on behalf of B.G.B. and        No.   3:22−cv−05759 KKE
10    M.D.B, minors, VICTORIA BISHOP, as an
      individual, CORY BISHOP and KIARA
11    BISHOP and the marital community comprised        **ORDER GRANTING UNOPPOSED**
      thereof;                                          **PETITION FOR APPOINTMENT OF**
12                                                      **GUARDIAN *AD LITEM***
                                         Plaintiffs,
13
      v.
14
      CITY OF BUCKLEY, a political subdivision of
15    the State of Washington d/b/a Buckley Police
      Department, ARTHUR FETTER, an individual
16    and KURT ALFANO, an individual;

17                                       Defendants.

18          This matter came before the Court on Plaintiffs' unopposed Petition for Appointment of

19    Settlement Guardian Ad Litem for minor children B.G.B and M.D.B.  Dkt. No. 84.  The Court

20    has reviewed the Petition and the record and finds good cause to appoint a guardian *ad litem*

21    pursuant to Local Rules W.D. Wash. LCR 17(c). The Court finds John Wilson qualified to

22    serve.

23          Accordingly, IT IS HEREBY ORDERED:

      ORDER - 1 of 2

1    The Petition for Appointment of Guardian *Ad Litem* (Dkt. No. 84) is GRANTED and

2   John Wilson of Rush Hanula and Harkins is appointed guardian *ad litem* for minors B.G.B and

3   M.D.B.   The clerk is directed to TERMINATE Plaintiffs' first petition (Dkt. No. 83) as

4   duplicative of the unopposed petition that is hereby granted.

5    Dated this 17th day of May, 2024.

6

7    Kymberly K. Evanson
     United States District Judge

8

ORDER - 2 of 2