UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS BISHOP, as an individual, and as Personal Representative for the ESTATE OF QUINCY BISHOP, and on behalf of B.G.B. and M.D.B, minors, VICTORIA BISHOP, as an individual, CORY BISHOP and KIARA BISHOP and the marital community comprised thereof;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BUCKLEY, a political subdivision of the State of Washington d/b/a Buckley Police Department, ARTHUR FETTER, an individual and KURT ALFANO, an individual;<br><br>Defendants. | No. 3:22−cv−05759 KKE<br><br>**ORDER APPROVING MINOR SETTLEMENT** |

This matter comes before the Court on Plaintiffs' Motion for Approval of Minor Settlements and Defendants' stipulation thereto. Dkt. Nos. 86, 87. The Court, having reviewed the pleadings and the report of Guardian ad Litem John

ORDER APPROVING SETTLEMENT- 1 of 3
( No. 3:22−cv−05759 KKE)

Wilson, and being familiar with the case and file herein, now GRANTS the motions (Dkt. Nos. 86, 87) and ORDERS as follows:

1. The proposed gross settlement amount of $3,000,000.00 is reasonable and appropriate given the facts, circumstances, and legal issues in the case.

2. Attorneys' fees in the amount of 40% of the gross recovery, and Plaintiff's Counsel's proposed reduction to 33 1/3% on the minors' respective recoveries, are reasonable. Advanced costs of $87,627.63 are reasonable and necessary.

3. The proposed allocation of net proceeds to the minor beneficiaries, $750,000.00 to B.G.B., a minor age 9, and $750,000.00 to M.D.B., a minor age 8, is reasonable and appropriate.

4. Upon receipt of the signed Settlement Agreement and Release, Defendant and/or its insurer(s) shall make the following payments: $3,000,000.00 to "Connelly Law Offices, PLLC in Trust for minors B.B. and M.B., Douglas and Victoria Bishop, and Cory and Kiara Bishop."

5. Connelly Law Offices, PLLC shall hold $1,000,000.00, designated for the benefit of B.G.B. and M.D.B., pending the establishment of minor settlement trusts and final disbursement, including paying an attorney to draft a trust, paying a trustee, paying the SGAL John Wilson, and disbursing funds into

the trust accounts pursuant to further order of the Court. The remaining funds shall be disbursed to the other claimants, and for attorneys' fees and costs, without further order of the Court.

6. Plaintiffs shall retain a lawyer experienced in the area of trusts and estates to draft proposed settlement trusts to be presented to the Court for review and approval.

DATED this 24th day of June, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge