HONORABLE KYMBERLY K. EVANSON

# IN UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

DOUGLAS BISHOP, as an individual, and as Personal Representative for the ESTATE OF QUINCY BISHOP, and on behalf of B.G.B. and M.D.B, minors, VICTORIA BISHOP, as an individual, CORY BISHOP and KIARA BISHOP and the marital community comprised thereof,

Plaintiffs,

vs.

CITY OF BUCKLEY, a political subdivision of the State of Washington d/b/a Buckley Police Department, ARTHUR FETTER, an individual, and KURT ALFANO, an individual,

Defendants.

Cause No. 3:22-cv-05759-KKE

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

THIS MATTER comes before the Court upon the joint stipulation of the parties for dismissal of all claims and causes of action against Defendants. Having reviewed the files and records, and good cause appearing, the Court GRANTS the parties' stipulated motion. Dkt. No. 90.

ORDER OF DISMISSAL - page 1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action against Defendants are hereby **DISMISSED** with prejudice and without costs to either party.

SO ORDERED this 30th day of July, 2024.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - page 2